UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                               **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                          June 1, 2020

**COURT REPORTER: TED FORMAROLI**

**Docket #** 20-cv-5783(RMB/AMD)

**TITLE OF CASE:**

U.S. ASIA GLOBAL, INC. VS. GLOBAL GEEKS, INC.

**APPEARANCES:**

Joseph Zaffarese, Esquire and Joshua Kahane, Esquire for plaintiff
Kerri E. Chewning, Esquire and Benjamin Eichel, Esquire for defendant

**NATURE OF PROCEEDINGS: PRELIMINARY INJUNCTION HEARING**

Continued hearing on [7] Application/Petition for a Preliminary Injunction.
The parties reported the case settled.
Terms of the settlement placed on the record.
Order to be entered.

Time commenced: 2:00 p.m.                    Time Adjourned: 2:10 p.m.

Total Time: 10 Minutes

s/ *Arthur Roney*
DEPUTY CLERK