IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

U.S. ASIA GLOBAL, INC.

    Plaintiff,

vs.    Case No. 1:20-cv-05783

GLOBAL GEEKS, INC.

    Defendant.

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiff, U.S. Asia Global, Inc., and Defendant, GlobalGeeks, Inc., hereby announce to the Court that the matters in controversy between them have been compromised and settled and stipulate to the voluntary dismissal of this action in its entirety with prejudice, with each party to pay its own costs and attorney's fees.

DATED: July 20, 2020.

    Respectfully submitted,

    GLANKLER BROWN, PLLC

    By: _____
    S. Joshua Kahane (TN #23726 – *Admitted Pro Hac*)
    Aubrey B. Greer (TN# 35613 – *Admitted Pro Hac*)
    6000 Poplar Ave., Suite 400
    Memphis, Tennessee 38119
    Telephone:    (901) 576-1701
    Facsimile:    (901) 525-2389
    jkahane@glankler.com
    agreer@glankler.com

AHMAD ZAFFARESE, LLC

By: /s/ Joseph E. Zaffarese
Joseph E. Zaffarese (NJ # 43121999)
Aleena Sorathia (NJ # 129152014)
One South Broad Street, Suite 1810
Philadelphia, PA 19107
Telephone: (215) 496-9373
jzaffarese@azalawllc.com
asorathia@azalawllc.com

*Attorneys for Plaintiff, U.S. Asia Global, Inc.*

## ARCHER & GREINER
A Professional Corporation

By: /s/ Kerri E. Chewning
Kerri E. Chewning
Benjamin J., Eichel
One Centennial Square
33 East Euclid Avenue
Haddonfield, NJ 08033
Telephone: (856) 795-2121
kchewning@arherlaw.com
beichel@archerlaw.com

*Attorneys for Defendant GlobalGeeks, Inc.*